IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.                                          Case No.:  25-mj-100-amb

STANLEY POPHAL,

Defendant.

---

COMPLAINT FOR VIOLATIONS OF TITLE 18, UNITED STATES CODE, SECTIONS
1343 AND 1957

---

BEFORE United States Magistrate Judge        United States District Court
Anita Marie Boor                             120 North Henry Street
                                             Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

<u>COUNT 1</u>

On or about February 25, 2025, in the Western District of Wisconsin, the

defendant,

STANLEY POPHAL,

for the purpose of executing a fraud scheme, received a bank transfer to an account

under his control, thereby knowingly causing to be transmitted, by means of wire

communications in interstate commerce, the signals and sounds described below:

| DATE | NATURE OF WIRE COMMUNICATION |
|---|---|
| 02/25/2025 | Bank wire transfer of $50,000 from Victim-1's Associated Bank account to POPHAL's business checking account (account number XX1248) at Covantage Credit Union. |

## COUNT 2

On or about February 28, 2025, in the Western District of Wisconsin, the defendant,

STANLEY POPHAL,

knowingly engaged in a monetary transaction in criminally derived property of a value greater than $10,000, specifically, a check for $35,000 from his business checking account at CoVantage, account number XX1248, which was derived from a specified unlawful activity, specifically, the wire fraud described in Count 1 above, to a contractor for an expense related to his business.

(In violation of Title 18, United States Code, Section 1957(a)).

This complaint is based on the attached affidavit of Taylor Hughes.

/s/
_____
Taylor Hughes
IRS-CI

Sworn to me telephonically this _13th_ day of _June 2025_____.

_Anita Marie Boor_
HONORABLE ANITA MARIE BOOR
United States Magistrate Judge