

**U.S. Department of Justice**

*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 West Washington Avenue, Suite 700*
*Madison, Wisconsin 53703*

May 12, 2026

William Jones
Jones Law Firm
P.O. Box 44188
Madison, WI  53744

      Re:    *United States v. Stanley Pophal*
             Case No:  25-cr-00077-wmc

Dear Attorney Jones:

      Additional discovery in this case is being provided to you through our USA File Exchange (USAfx) file sharing platform.  Included with this discovery is a log which lists this discovery.  These items are Bates labeled POPHAL_054369 – POPHAL_057034.

      If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                Very truly yours,

                CHADWICK M. ELGERSMA
                United States Attorney

            By: /s/ *Meredith P. Duchemin*
                MEREDITH P. DUCHEMIN
                Assistant United States Attorney